# United States District Court

---------------------------------- DISTRICT OF SOUTH DAKOTA ----------------------------------

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOMINIQUE RIGGINS,

    Defendant.

**ORDER**

CASE NUMBER: CR. 07-40055-04

FILED
SEP 2 8 2007

This matter having come before the court on Friday, September 28, 2007, and it being the Court's intent not to detain the Defendant pending further proceedings, it is hereby

ORDERED, that the terms and conditions of the Order Setting Conditions of Release entered in the Western District of Missouri are hereby continued in full force and effect.

Dated this 28th day of September, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By _____
    Deputy